**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-30067 |
| Plaintiff - Appellee, | D.C. No. CR-01-05218-001-RJB |
| v. | |
| CHRISTOPHER PAUL HAWK, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
Robert J. Bryan, District Judge, Presiding

Submitted January 10, 2011[**]

Before:    BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

Christopher Paul Hawk appeals from the district court's decision on remand

pursuant to *United States v. Ameline*, 409 F.3d 1073 (9th Cir. 2005) (en banc), that

it would not have imposed a materially different sentence had it known that the

Sentencing Guidelines were advisory.  Pursuant to *Anders v. California*, 386 U.S.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

738 (1967), Hawk's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided the appellant with the opportunity to file a pro se supplemental brief and Hawk has filed a supplemental brief.  No answering brief has been filed.

Hawk's request for new counsel is denied.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.